STATE OF NEW JERSEY v. TONY GOODYEAR.

January 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MACKIE WILSON.

January 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN BANKS.

January 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JUAN CRUZ.

January 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK BRUCATO.

January 28, 1987.

Petition for certification denied.